

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lee Miller, Appellant

No. 06-12-00093-CV     v.

R. Henderson, et al., Appellees

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 10C0951-CCL). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Lee Miller, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 21, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk